USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SA LUXURY EXPEDITIONS, LLC,                   :
                                              :
                        Plaintiff,            :
                                              :
            -against-                         :     22-CV-3825 (VEC)
                                              :
BERNARD SCHLEIEN and PERU FOR LESS            :     ORDER
LLC,                                          :
                                              :
                        Defendants.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the deadline for fact discovery was October 6, 2022, and the deadline for expert discovery was November 20, 2022, Dkt. 16;

WHEREAS Plaintiff moved to amend its Complaint on Monday, October 3, 2022, Dkt. 26;

WHEREAS the parties appeared for a status conference on Friday, October 7, 2022; and

WHEREAS Defendants stated that they intend to move to dismiss the Amended Complaint;

IT IS HEREBY ORDERED that for the reasons stated at the conference, discovery is stayed pending the resolution of Defendants' renewed motion to dismiss.

IT IS FURTHER ORDERED that Defendants may include any request for attorneys' fees as part of any renewed motion to dismiss.

**SO ORDERED.**

Date: October 7, 2022
      New York, New York

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**