

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022
```

December 19, 2022

**BY ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *SA Luxury Expeditions, LLC v. Schleien* (No. 1:22-cv-03825-VEC)

Dear Judge Caproni,

As Your Honor is aware, this firm represents the defendants in the above-referenced matter. I write to, most respectfully, request an extension of the dates in Your Honor's Order dated November 29, 2022 (ECF Doc. 36), which sets forth dates for the filing of a motion to dismiss (or otherwise responding) to plaintiff's amended complaint, and deadlines for opposition and reply.

Defendants propose that the deadlines be adjusted as follows:

1. Defendants to file any motion to dismiss in response to the Amended Complaint by January 13, 2023;
2. Plaintiff to file any opposition by February 3, 2023; and
3. Defendants to file any reply by February 10, 2023.

This is defendants' first request for such an extension, which is being sought because of illnesses in my household (and the dates above were chosen to work around a previously scheduled vacation). Plaintiff's counsel has kindly consented to this extension. This extension will not have any impact on any existing deadlines as discovery is currently stayed pending the resolution of defendants' motion to dismiss (under Your Honor's Order dated October 7, 2022, ECF Doc. No. 30).

As always, we thank Your Honor for all your time and consideration. Should you have any questions, please let me know.

Very truly yours,

Milad Boddoohi

E: Milad@thebflawfirm.com
P: (347) 443-4013
110 East 25th Street New York, New York 10010

Application GRANTED. The deadline for Defendants to move to dismiss is hereby extended from Friday, December 23, 2022 until **Friday, January 13, 2023**. The deadline for Plaintiffs to oppose the motion is extended from Friday, January 13, 2023 until **Friday, February 3, 2023**. The deadline for Defendants to reply is extended from Friday, January 20, 2023 until **Friday, February 10, 2023**.

SO ORDERED.

*[Signature]*   12/19/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE