**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SA LUXURY EXPEDITIONS, LLC,

                Plaintiff,

-against-                            22 **CIVIL** 3825 (VEC)

                                              **JUDGMENT**

BERNARD SCHLEIEN and PERU FOR LESS
LLC,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 2, 2023, Defendants' motion to dismiss is GRANTED, and the Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      May 2, 2023

                                                       **RUBY J. KRAJICK**

                                                     _____
                                                          **Clerk of Court**

                          **BY:**         K. Mango

                                                          _____
                                                          **Deputy Clerk**